IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
TIMOTHY JEVON SEWELL,       )
                            )
    Petitioner,              )
                            )       CIVIL ACTION NO.
    v.                       )        2:14cv1109-MHT
                            )             (WO)
UNITED STATES OF AMERICA,   )
                            )
    Respondent.              )
```

## JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that:

(1) The petitioner's motion to withdraw, etc. (doc. no. 6) is granted.

(2) The petitioner's petition for habeas relief (doc. no. 1) is withdrawn and this case is dismissed in its entirety without prejudice.

It is further ORDERED that the magistrate judge's recommendation (doc. no. 2) is not adopted as moot.

It is further ORDERED that the petitioner's motion challenging judicial authority (doc. no 3) is denied as moot.

It is further ORDERED that no costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 20th day of January, 2015.

                           /s/ Myron H. Thompson
                          **UNITED STATES DISTRICT JUDGE**